NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JULIE E. PEARSON,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3104

---

Petition for review of the Merit Systems Protection Board in case no. CH1221090692-W-1.

---

## ON MOTION

---

## ORDER

Julie E. Pearson moves for leave to file a deferred appendix pursuant to Fed. R. App. P. 30(c).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Pearson's appendix is due within 21 days of the date of filing of this order.

FOR THE COURT

**SEP 3 0 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Julie E. Pearson
    Christopher A. Bowen, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2011

JAN HORBALY
CLERK